

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| ROBERTO ANTONIO HERNANDEZ, | § | |
| Appellant, | § | No. 08-22-00178-CV |
| v. | § | Appeal from the |
| PRESTON BROWN, VALENTINA SAMANIEGO, ODD COUPLE PROPERTIES, LLC, CRUSADES REALTY INVESTMENTS AND ENTRUST CAPITAL FUNDING, LLC, | § § | 327th Judicial District Court of El Paso County, Texas |
| | § | (TC# 2022DCV1929) |
| Appellees. | § | |

## J U D G M E N T

The Court has considered this cause on the Appellees' motion to dismiss the appeal and concludes the motion should be granted and the appeal should be dismissed for want of jurisdiction. We therefore dismiss the appeal for want of jurisdiction. We further order Appellant pay all costs of this appeal, and this decision be certified below for observance.

IT IS SO ORDERED THIS 26TH DAY OF OCTOBER, 2022.

YVONNE T. RODRIGUEZ, Chief Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.